■ DORIS K. MORIN et al., Appellants, v SUZANNE PRIOR, Respondent. [667 NYS2d 280] —Appeal by the plaintiffs from a judgment of the Supreme Court, Westchester County (Colabella, J.), dated October 8, 1996.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Colabella at the Supreme Court in the decision dated August 29, 1996, and the judgment. Rosenblatt, J. P., Miller, Ritter and Florio, JJ., concur.